No. 09-9884. Terry Darrell Smith, Petitioner v. State of Oregon.

560 U.S. 954, 130 S. Ct. 3393, 177 L. Ed. 2d 306, 2010 U.S. LEXIS 4600.

June 7, 2010. Petition for writ of certiorari to the Court of Appeals of Oregon denied.

Same case below, 227 Or. App. 289, 205 P.3d 890.